UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------- x

RBC Nice Bearings, Inc. et al.,

                             Plaintiffs,

        -against-

Peer Bearing Company,

                             Defendant

-------------------------------------------------------------- x

**JUDGMENT OF DISMISSAL**

06-cv-1380
(TLM)

      Before the Court are plaintiffs RBC Nice Bearings, Inc. and Roller Bearing Company of America Inc.'s Motion to Dismiss Remaining Claims [Rec. Doc. 211] and defendant Peer Bearing Company's attorney Thomas McDonough's December 30, 2009 letter to the Court [Rec. Doc. 213] advising that defendant will not oppose plaintiffs' Motion provided that defendant's counterclaim is dismissed without prejudice and defendant not be precluded from filing a motion to recover attorney fees and costs.  Based on the foregoing, it is

      **ORDERED** that all remaining claims of plaintiffs RBC Nice Bearings, Inc. and Roller Bearing Company of America Inc. are hereby **DISMISSED WITH PREJUDICE.**

      **IT IS FURTHER ORDERED** that the counterclaim of defendant Peer Bearing Company is hereby **DISMISSED WITHOUT PREJUDICE.**

      **IT IS FURTHER ORDERED** that defendant Peer Bearing Company may file a motion for attorney fees and costs, pursuant to statute, within thirty (30) days of entry of final judgment.

                                                    /s/ Tucker L. Melançon
                                                   Tucker L. Melançon
                                                   United States District Judge

December 30, 2009
Bridgeport, CT